DIANTHA COOLEY, Appellant, *v.* THE TOWN OF GUILFORD, Respondent.

(Argued February 14, 1872 ; decided February 20, 1872.)

ACTION upon a town bond alleged to have been issued by defendant under section three of the act authorizing the levying of a tax to repay moneys borrowed to pay bounties, etc., passed February 9th, 1864. (Chapter 8, Laws of 1864.) The bond was given for moneys borrowed pursuant to resolution of the town after the passage of the act. *Held,* the town only had authority under the section in question to issue bonds for debts incurred prior to the passage of the act.

*I. S. Newton* for appellant.

*Samuel Hand* for respondent.

PECKHAM reads opinion for affirmance.
All concur. Judgment affirmed.